UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA GOLDSAND,<br>Plaintiff,<br>v.<br>COMENITY CAPITAL BANK, et al.<br>Defendants. | No. 2:26-cv-02430-DC-JDP<br><br><u>ORDER SUBMITTING TO ARBITRATION PLAINTIFF'S CLAIMS AGAINST DEFENDANT COMENITY CAPITAL BANK PURSUANT TO THEIR STIPULATION</u><br><br>(Doc. No. 21) |

On September 21, 2026, Plaintiff and Defendant Carvana, LLC filed a stipulation notifying the court they have agreed to submit all of Plaintiff's claims brought against Defendant Comenity Capital Bank in this action to arbitration pursuant to an arbitration agreement signed by the parties. (Doc. No. 21.) The parties further stipulate to stay this action pending completion of that arbitration but only as to Defendant Comenity Capital Bank. (*Id.* at 2.)

Pursuant to that stipulation, and good cause appearing, the court orders as follows:

1. Plaintiff's claims brought in this action against Defendant Comenity Capital Bank are hereby submitted to arbitration pursuant to the parties' arbitration agreement;
2. Proceedings in this case as to Defendant Comenity Capital Bank are STAYED pending completion of the arbitration of Plaintiff's claims against Defendant Comenity Capital Bank;
3. Plaintiff and Defendant Comenity Capital Bank shall file a joint status report

regarding the status of the arbitration within 180 days from the date of entry of this order, and every 60 days thereafter, until the arbitration proceedings are completed; and

4. Plaintiff and Defendant Comenity Capital Bank shall file a joint status report to notify the court that arbitration proceedings have concluded within fourteen (14) days of the issuance of the arbitrator's decision.

IT IS SO ORDERED.

Dated: **October 5, 2026**

Dena Coggins
United States District Judge